IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPANIK | ) |
| | ) |
| Plaintiff(s) | ) |
| v. | ) Civil Action No. 2:18-cv-00209 |
| | ) |
| UPMC MCKEESPORT | ) |
| | ) |
| Defendant(s) | ) |

## REPORT OF NEUTRAL

A  mediation  session was held in the above captioned matter on October 26, 2018.

The case (please check one):
     X  has resolved
    ____ has resolved in part (see below)
    ____ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

Dated: October 26, 2018          S/ Kenneth J. Benson
                                                  Signature of Neutral

Rev. 09/11