IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KARI MARIE STEPANIK, )<br>　　　　　　Plaintiff, )<br>　　　v. )<br>UPMC MCKEESPORT, )<br>　　　　　　Defendant. ) | C.A. No. 2:18-cv-209-NBF |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff KARI MARIE STEPANIK, and Defendant UPMC MCKEESPORT, by and through their respective counsel, stipulate and agree that pursuant to Fed.R.Civ.P. 41(a)(1), the Complaint and this action are dismissed, *with prejudice*.

Respectfully submitted:

/s/ Jennifer S. Park
Jennifer S. Park
Pa ID No. 87733 / jpark@cohenlaw.com
Lindsay M. Buchanan
Pa ID No. 318730 / lbuchanan@cohenlaw.com

COHEN & GRIGSBY, P.C.
625 Liberty Avenue
Pittsburgh, PA  15222-3152
(412) 297-4900

Counsel for Defendant

Dated: _____, 2018

/s/ Prabhu Narahari
Prabhu Narahari
Pa ID No. 323895 / pn@lawkm.com

KRAEMER, MANES & ASSOCIATES, LLC
US Steel Tower, Suite 660
600 Grant Street
Pittsburgh, PA  15219
412-626-5550

Counsel for Plaintiff